FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 AUG 13 PM 2:26
CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| THOMAS UHLIG, <br><br> Plaintiff, <br><br> v. <br><br> DRAYPROP, LLC; DRAYPROP, LLC, DRAYPARK, LLC; MICHAEL BROWN; REUBEN CROLL; MARLEY MANAGEMENT, INC., <br><br> Defendants. | Case No. CV411-145 |

## ORDER

On January 4, 2012, the Court in this lender liability case dismissed plaintiff Thomas Uhlig's claims against the Federal Deposit Insurance Corporation, which had taken over defendant Darby Bank. Those parties are now out of this case, but Uhlig's claims against Drayprop, LLC, Drayprop, LLC, Michael Brown, Reuben Croll, and Marley Management, Inc. remain. Doc. 24 at 5, *reconsideration denied*, doc. 27, *appeal dismissed for lack of jurisdiction*, doc. 31. Within 21 days, the parties shall submit a Joint Status Report complete with a proposed Scheduling Order to wind up this case.

**SO ORDERED,** this 13Th day of August, 2012.

/s/ M. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA